IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRISTOPHER DELRUSSO,

     Appellant,

v.

     Case No.  5D22-2353
     LT Case No. 2020-CF-002414-AX

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed April 11, 2023

Appeal from the Circuit Court
for Marion County,
Robert W. Hodges, Judge.

Matthew J. Metz, Public Defender,
and Ryan Belanger, Assistant
Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EDWARDS, HARRIS and BOATWRIGHT, JJ., concur.